FILED

08/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

_____

No. DA 20-0254

**IN THE MATTER OF J.S.L. and J.R.L.**

Youths in Need of Care.

_____

**ORDER**

_____

Upon consideration of Appellant Mother, S.L.'s, motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 20-0254 and 20-0255 are hereby consolidated under Cause No. DA 20-0254 and henceforth captioned In the Matters of J.S.L. and J.R.L.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 17 2020